UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR M. HERNANDEZ,<br><br>        Petitioner,<br><br>    v.<br><br>ROBERT F. LAWS, Warden<br><br>        Respondent. | Case No. SA CV 09-742-PSG (CT)<br><br>**J U D G M E N T** |

    In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: October 13, 2009

                                          PHILIP S. GUTIERREZ
                                 UNITED STATES DISTRICT JUDGE